UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 07-22406 CIV-JORDAN

MAGISTRATE CHRIS M. MCALILEY

PATRICIA GIOIA AND JOHN GIOIA,

       Plaintiffs,

vs.

ROBERT BOCKWEG, Individually,
and as beneficial owner of
InPac AG Corporation, PIETER A. BOCKWEG,
InPac AG Corporation, and JEFFREY E. LEHRMAN

       Defendants.

_____/

## PIETER A. BOCKWEG'S UNOPPOSED MOTION TO AUTHORIZE THE DEPOSITION OF PLAINTIFFS' EXPERT AFTER THE SEPTEMBER 26, 2008 DISCOVERY DEADLINE

### INTRODUCTION

Pieter A. Bockweg, through the undersigned counsel, respectfully moves this Court to enter an order authorizing Pieter A. Bockweg to depose Plaintiffs' expert in this matter after the discovery deadline of September 26, 2008.

### BACKGROUND

On September 13, 2007, Plaintiffs Patricia and John Gioia (hereafter referred to as Plaintiffs) filed this action against Defendants Robert Bockweg, individually and as beneficial owner of InPac AG

Corporation, Pieter A. Bockweg, InPac AG Corporation, and Jeffrey E. Lehrman, in the United States District Court for the Southern District of Florida. Pl.'s Compl., Sep. 13, 2007 (D.E. #1). Plaintiff Pieter A. Bockweg appeared *pro se* in this matter until August 22, 2008 when the undersigned counsel entered an appearance on his behalf. Notice of Appearance by Bruce Alan Weil on behalf of Pieter A. Bockweg, Aug. 26, 2008 (D.E. #62). Since retaining counsel, Pieter A. Bockweg has sought to prepare this matter for trial and has propounded discovery,[1] responses to which are due on September 25, 2008, the day before the discovery deadline. Am. Scheduling Order, Jul. 15, 2008 (D.E. #55).

Indeed, Pieter A. Bockweg requested to depose Plaintiffs' expert in this matter prior to the September discovery deadline, however, Plaintiffs' expert is only available on September 25, 2008, the day before the discovery deadline. Correspondence from Pls.' Counsel Agreeing to Deposition of Plaintiff's Expert after the September 26, 2008 Discovery Deadline, Sep. 10, 2008 (attached as Exhibit A).

To require Pieter A. Bockweg to depose Plaintiffs' expert on September 25, 2008, the same day that Plaintiffs' responses to discovery are due, does not provide sufficient time for counsel to review Plaintiffs' responses in preparation for the deposition of Plaintiffs' expert—assuming that Plaintiffs' answers are not deficient—and

---

[1] On August 22, 2008, Pieter A. Bockweg propounded his First Request for Production, First Set of Interrogatories, First Request for Admissions and First Set of Expert Interrogatories to each Plaintiff.

certainly does not allow defense counsel to address any deficiencies in Plaintiffs' responses before the deposition of Plaintiff's expert.

Plaintiffs, through counsel, have agreed to make Plaintiffs' expert available for deposition after the discovery deadline on September 29, 2008. Correspondence from Pls.' Counsel Agreeing to Deposition of Plaintiff's Expert after the September 26, 2008 Discovery Deadline, Sep. 10, 2008.

WHEREFORE, Pieter A. Bockweg respectfully requests that the Court enter an Order Authorizing Pieter A. Bockweg's to depose Plaintiffs' expert after the September 26, 2008 discovery deadline per the agreement of counsel.

Dated: September 11, 2008

Respectfully submitted,

s/ Bruce A. Weil
Bruce A. Weil (Florida Bar No.: 816469)
Attorney E-mail address: bweil@bsfllp.com
Lawrence V. Ashe (Florida Bar No.: 932280)
Attorney E-mail address: lashe@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street
Suite 2800
Miami, Florida 33131
Telephone:   (305) 539-8400
Facsimile:   (305) 539-1307
*Attorneys for Defendant Pieter A. Bockweg*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was sent via email and U.S. Mail on the 11th day of September 2008 to all counsels and the co-defendant listed below:

| | |
|---|---|
| Walter J. Taché<br>wtache@carltonfields.com<br>Carlton Fields P.A.<br>4000 International Place<br>100 Southeast Second Street<br>Miami, Florida 33131-2114<br>*Attorney for Plaintiffs* | John N. Hanson<br>jhanson@bdlaw.com<br>Leah A. Dundon<br>LDundon@bdlaw.com<br>Beveridge & Diamond, P.C.<br>1350 I Street, N.W., Suite 700<br>Washington, D.C. 20005<br>*Attorneys for Plaintiffs* |
| Jeffrey Lehrman, *pro se*<br>jelesq@bellsouth.net<br>269 Giralda Avenue<br>Coral Gables, FL 33134 | |

s/ Bruce A. Weil
Bruce A. Weil
Florida Bar No.: 816469
bweil@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Telephone:  (305) 539-8400
Facsimile:  (305) 539-1307

Attorneys for Defendant Pieter A. Bockweg

4