## Bruce A. Weil

| | |
|---|---|
| **From:** | Leah A. Dundon [LDundon@bdlaw.com] |
| **Sent:** | Wednesday, September 10, 2008 9:48 PM |
| **To:** | Bruce A. Weil |
| **Cc:** | Tache, Walter J.; John N. Hanson |

**Subject:** Gioia v. Bockweg

Bruce --

We are in receipt of your correspondence dated September 8, 2008 in which you request to depose the Plaintiffs' expert in this matter prior to the discovery deadline of September 26th.  Given that your request comes just three weeks before the close of discovery in a case in which discovery has been ongoing for many months, the only day on which counsel and Plaintiffs' expert are both available prior to the discovery cut off date is September 25, 2008, and that is only if the deposition occurs in Washington, D.C., at our offices.  September 29th is the next available date, and on that date the deposition could occur in Tampa, Florida or in Washington, D.C.  If you are unable to depose our expert on September 25th in Washington, we will not oppose your motion to the court requesting leave to depose Plaintiffs' expert on the 29th, outside the discovery period.  If you are unavailable on both the 25th and the 29th in the noted cities, please suggest some dates after that and we will let you know of our and our expert's availability.

Also, please let me know if we do have an agreement to provide each other, as a courtesy, electronic copies of our papers on the filing or service day.

Regards,

Leah


Leah A. Dundon, Esq.
Beveridge & Diamond, P. C.
1350 I Street, N.W., Ste 700
Washington, DC  20005
Main 202-789-6000
Fax 202-789-6190
Direct 615-428-0643


BEVERIDGE
& DIAMOND℠
www.bdlaw.com

CONFIDENTIALITY STATEMENT: This electronic message contains information from the law firm of Beveridge & Diamond, P.C., and may be confidential or privileged. The information is intended solely for the use of the individual(s) or entity(ies) named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (202) 789-6000 or by e-mail reply and delete this message. Thank you.


# EXHIBIT A


9/11/2008